In re Petition for DISCIPLINARY AC-
TION AGAINST Debra Dillan CAMP-
BELL, a Minnesota Attorney, Regis-
tration No. 293398.

**No. A03–1278.**

Supreme Court of Minnesota.

Sept. 24, 2003.

**ORDER**

The Director of the Office of Lawyers
Professional Responsibility has filed a peti-
tion for disciplinary action alleging that
respondent Debra Dillan Campbell has
committed professional misconduct war-
ranting public discipline, namely, that pri-
or to her admission to the bar respondent
misappropriated funds from several con-
servatorships and guardianships over
which she had financial control, failed to
disclose this information on her application
for admission to the bar though required
to do so, and after her admission made a
misrepresentation concerning the matter
in violation of Minn. R. Prof. Conduct
8.1(a)(3), (2) and 8.4(c).

Respondent admits her conduct violated
the Rules on Professional Conduct under
Rule 14, Rules on Lawyers Professional
Responsibility (RLPR), and has entered
into a stipulation with the Director in
which they jointly recommend that the
appropriate discipline is disbarment from
the practice of law and payment of $900 in
costs under Rule 24, RLPR.

This court has independently reviewed the file and approves the jointly recommended disposition.

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that respondent Debra Dillan Campbell is disbarred from the practice of law. Respondent shall pay $900 in costs under Rule 24, RLPR.

BY THE COURT:

/s/Paul H. Anderson
Associate Justice